# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 27, 2014 |
| Court Reporter: Janet Coppock | Time: 32 minutes |
| Probation Officer: Nicole Peterson | Interpreter: n/a |

**CASE NO. 12-CR-00299-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kurt Bohn |
| Plaintiff, | |
| vs. | |
| **DONALD ROBINSON,** | Edward Harris |
| Defendant. | |

## SENTENCING

**1:35 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00299-PAB
January 27, 2014

Argument by Mr. Harris in support of the defendant's Motion for Downward Sentencing Variance Pursuant to 18 U.S.C. § 3553 and comments addressing sentencing.

Argument by Mr. Bohn and comments addressing sentencing.

Defendant addresses the Court.

Further comments by Mr. Harris.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Downward Sentencing Variance Pursuant to 18 U.S.C. § 3553 [Docket No. 29] is **DENIED**.

Defendant entered his plea on **October 10, 2013** to count **1 of the Indictment**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **70** months to be served consecutive to Gilpin County District Court Case No. 2012CR44.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado commensurate with his security designation.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

Page Three
12-CR-00299-PAB
January 27, 2014

| | |
|---|---|
| (**X**) | Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance. |
| (**X**) | Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer. |
| ( ) | Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant. |

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall submit in his person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subjected to searches pursuant to this condition. An officer may conduct a search pursuant to his condition only when reasonable suspicion exits that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
- (**X**) Defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:07 p.m.**    **COURT IN RECESS**

**Total in court time: 32 minutes**

**Hearing concluded**